UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

DAVID ROMANKOW, *individually and on behalf of all others similarly situated*; JACLYN ROMANKOW, *individually and on behalf of all others similarly situated*,

                          Plaintiffs,

    -against-

NEW YORK UNIVERSITY,

                          Defendant.

------------------------------------------------------------- x

ORDER

20 Civ. 4616 (GBD)

GEORGE B. DANIELS, District Judge:

    The August 6, 2020 initial conference is adjourned to October 15, 2020 at 9:30 a.m.

Dated: July 27, 2020
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE