UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ROMANKOW and JACLYN ROMANKOW, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>                      Defendant. | Case No.: 1:20-cv-04616-GBD<br>(Hon. George B. Daniels) |

**JOINT STIPULATION AND
[PROPOSED] ORDER ESTABLISHING A BRIEFING SCHEDULE**

Plaintiffs David Romankow and Jaclyn Romankow ("Plaintiffs") and Defendant New York University ("Defendant"), through the undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Defendant filed its Motion to Dismiss on August 5, 2020 [Dkt. No. 16] (the "Motion"); and

WHEREAS the parties wish to establish a briefing schedule;

IT IS HEREBY STIPULATED AND AGREED by the parties that good cause exists to establish a briefing schedule as follows:

- Plaintiffs shall amend their complaint or respond to Defendant's Motion by September 11, 2020;

- Defendant shall answer, move, or otherwise respond to the amended complaint or file a reply in support of its Motion by October 13, 2020.

**IT IS SO ORDERED**.

Dated this ___ day of August 2020.

_____
Hon. George B. Daniels, U.S.D.J.

2

Dated: August 19, 2020                           Respectfully submitted,


By:   /s/ Todd S. Garber                          By:   /s/ Keara M. Gordon

Todd S. Garber                                    Brian S. Kaplan
**FINKELSTEIN, BLANKINSHIP,**                     Keara M. Gordon
**FREI-PEARSON & GARBER, LLP**                    Colleen Carey Gulliver
One North Broadway, Suite 900                     Rachael C. Kessler
White Plains, New York 10601                      **DLA PIPER LLP (US)**
Telephone: 914-298-3290                           1251 Avenue of the Americas
Fax: 914-908-6709                                 New York, New York 10020-1104
tgarber@fbfglaw.com                               Phone: (212) 335-4500
                                                  Facsimile: (212) 335-4501
Matthew R. Mendelsohn                             brian.kaplan@us.dlapiper.com
**Mazie Slater Katz & Freeman, LLC**              keara.gordon@us.dlapiper.com
103 Eisenhower Parkway                            colleen.gulliver@us.dlapiper.com
Roseland, New Jersey 07068                        rachael.kessler@us.dlapiper.com
Tel (973) 228-0391
Fax (973) 228-0303                                *Counsel for Defendant*
mrm@mazieslater.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2020, I caused a copy of this Joint Stipulation and [Proposed] Order Establishing a Briefing Schedule to be served on all parties and counsel of record via the Court's CM/ECF system.

                                                          */s/ Todd S. Garber*
                                                          Todd S. Garber