UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

DAVID ROMANKOW, *individually and on behalf of all others similarly situated*; JACLYN ROMANKOW, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-against-

NEW YORK UNIVERSITY,

                Defendant.

------------------------------------------------------------ x

MEMORANDUM DECISION AND ORDER

20 Civ. 4616 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 15, 2020 initial conference is cancelled. This Court will hear argument on *only* Plaintiff Daniel Zagoria's motion to consolidate and appoint lead counsel in 20 Civ. 3610 (GBD) (SLC), (ECF No. 7), on November 12, 2020 at 9:45 a.m.

Dated: New York, New York
       October 8, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge