UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

DAVID ROMANKOW and JACLYN ROMANKOW, *individually and on behalf of all others similarly situated*,

                        Plaintiff,

      -against-

NEW YORK UNIVERSITY,

                        Defendant.

------------------------------------------------------------ x

ORDER

20 Civ. 4616 (GBD)

GEORGE B. DANIELS, District Judge:

    A status conference is scheduled for March 25, 2021 at 10:30 a.m.

Dated: January 25, 2021
       New York, New York

SO ORDERED.

*/s/ George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE