UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DAVID ROMANKOW and JACLYN ROMANKOW,
*on behalf of themselves and all others similarly situated,*

                              Plaintiff,

     -against-

NEW YORK UNIVERSITY,

                             Defendant.
------------------------------------- x

ORDER

20 Civ. 4616 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The April 22, 2021 status conference is cancelled.

Dated: New York, New York
       April 21, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge