# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DAVID ROMANKOW and JACLYN ROMANKOW, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

-against-

NEW YORK UNIVERSITY,

                        Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

20 CIVIL 4616 (GBD)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated April 21, 2021, Defendant's motion to dismiss the, (ECF No. 29), is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       May 6, 2021

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

**BY:** _____

                                    **Deputy Clerk**